## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LOGAN MILLS,** | * | **CIVIL ACTION** |
| | * | **NO. 18-847** |
| **VERSUS** | * | |
| | * | **DIVISION "F"(2)** |
| **ROBERT TANNER, WARDEN** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

_____

### EXHIBIT D

### LOUISIANA'S FIRST CIRCUIT COURT OF APPEAL'S DENIAL OF MILLS' APPLICATION FOR SUPERVISORY WRIT REVIEW CONCERNING HIS APPLICATION POST-CONVICTION RELIEF

_____



Office Of The Clerk

# Court of Appeal, First Circuit

State of Louisiana

www.la-fcca.org

**Rodd Naquin**
**Clerk of Court**

Post Office Box 4408
Baton Rouge, LA
70821-4408
(225) 382-3000

## Notice of Judgment and Disposition

April 28, 2017

Docket Number:  2017 - KW - 0237

State Of Louisiana
        versus
Logan Nestor Mills

TO:   Jane  Hogan
      309 East Church Street
      Hammond, LA 70401

Warren LeDoux Montgomery
701 N. Columbia Street
Covington, LA 70433
wmontgomery@22da.com

Hon. August J. Hand
701 N. Columbia Street
Justice Center - Room 2304
Covington, LA 70433

Johnny D. Crain, Jr.
P.O. Box 607
Franklinton, LA 70438

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

*[signature]*

RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LOGAN NESTOR MILLS

NO.   2017 KW 0237

APR 2 8 2017

---

In Re:   Logan Nestor Mills, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 11-CR5-113331.

---

**BEFORE:   WELCH, CRAIN AND HOLDRIDGE, JJ.**


**WRIT DENIED.**


JEW
WJC
GH


COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT